# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY RAY HARDAWAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>W. LEWIS, et al.,<br><br>　　　　Defendants.<br>_____ / | CASE NO. 1:07-cv-00792-OWW-SMS PC<br><br>ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY THE FILING FEE IN FULL IN COMPLIANCE WITH THE COURT'S ORDERS<br><br>(Docs. 4 and 6) |

　　　　Plaintiff Sonny Ray Hardaway ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On June 25, 2007, pursuant to 28 U.S.C. § 1915(g), the Court issued an order finding plaintiff ineligible to proceed in forma pauperis and requiring plaintiff to pay the $350.00 filing fee in full within thirty day.[1] On August 1, 2007, plaintiff filed an objection, which the Court construed to be a motion for reconsideration. On August 14, 2007, the Court denied plaintiff's motion for reconsideration and ordered plaintiff to pay the filing fee within fifteen days. Plaintiff was warned that this action would be dismissed if he failed to pay the filing fee. More than fifteen days have passed and plaintiff's has not complied with the Court's order.

///
///
///

---

[1] Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."

1

1  Accordingly, pursuant to 28 U.S.C. § 1915(g), this action is HEREBY DISMISSED, without
2  prejudice, based on plaintiff's failure to pay the filing fee in full in compliance with the Court's
3  orders of June 25, 2007, and August 14, 2007.

5  IT IS SO ORDERED.

6  **Dated:    September 25, 2007**               /s/ Oliver W. Wanger
                                                  UNITED STATES DISTRICT JUDGE