# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY RAY HARDAWAY,<br><br>              Plaintiff,<br><br>   v.<br><br>W. LEWIS, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:07-cv-00792-OWW-SMS PC<br><br>APPEAL NO. 07-16637<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL ON GROUND THAT PLAINTIFF IS SUBJECT TO 28 U.S.C. § 1915(G)<br><br>(Doc. 11)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE COPY OF ORDER ON NINTH CIRCUIT |

      Plaintiff Sonny Ray Hardaway filed this civil rights action on May 29, 2007. The action was dismissed on September 26, 2007, based on plaintiff's failure to pay the filing fee in full as ordered by the Court. Plaintiff filed a premature notice of appeal on September 4, 2007, and a motion for leave to proceed in forma pauperis on appeal on September 17, 2007.

      28 U.S.C. § 1915 governs proceedings in forma pauperis. Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." Because plaintiff is subject to section 1915(g) and has made no showing that he is "under imminent threat of serious physical injury," id., plaintiff's motion for leave to proceed in

forma pauperis on appeal, filed September 17, 2007, is HEREBY DENIED.[1]  The Clerk's Office is HEREBY DIRECTED to serve a copy of this order on the Ninth Circuit.  Fed. R. App. P. 24(a)(2), (4)(A).

IT IS SO ORDERED.

**Dated:    October 9, 2007**                            /s/ Oliver W. Wanger
                                                                          UNITED STATES DISTRICT JUDGE

---

[1] The Court takes judicial notice of case numbers 2:01-cv-00458-FCD-DAD PC Hardaway v. Money (E.D. Cal.) (dismissed 07/12/06 for failure to state a claim); 2:01-cv-00958-GEB-DAD PC Hardaway v. Wright (E.D. Cal.) (dismissed 07/22/06 for failure to state a claim); 2:01-cv-00695-MCE-PAN PC Hardaway v. State of California (E.D. Cal.) (dismissed 08/09/06 for failure to state a claim); 5:06-cv-02983-JF Hardaway v. Twelve Jurors (N.D. Cal.) (dismissed 08/31/06 for failure to state a claim); 5:06-cv-03637-JF Hardaway v. Barni, et al. (N.D. Cal.) (dismissed 12/11/06 for failure to state a claim); 5:06-cv-06786-JF Hardaway v. Specter (N.D. Cal.) (dismissed 12/11/06 for failure to state a claim); and 5:06-cv-06578-JF Hardaway v. Lambden, et al. (N.D. Cal.) (dismissed 01/12/07 for failure to state a claim).